WILLIAM H. KINNEARY, Respondent, v. IRENE E. PARRETT and Others,

Defendants, Impleaded with CLINTON TRADING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.